UNITED STATES DISTRICT COURT
EASTERN DISTRICTOF MICHIGAN
SOUTHERN DIVISION

INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Barton Amended Terms of Appointment |
| B | City of Flint Code of Ordinances – § 2-86 Fire Chief to Head Department; Appointment (Ord. 2548, passed 2-23-1976) |
| C | Flint City Charter – § 4-203 Executive Departments |
| D | City of Flint Code of Ordinances – § 19-21 Supervised by Fire Chief (Ord. 11, passed 5-13-1902) |
| E | Flint City Charter – § 4-101 Mayor |