# **EXHIBIT B**

**§ 2-86  FIRE CHIEF TO HEAD DEPARTMENT; APPOINTMENT.**

The head of the Department of Fire shall be known as the Fire Chief and shall be appointed by the Mayor with the approval of the City Council and shall serve at the pleasure of the Mayor.

(Ord. 2548, passed 2-23-1976)