# **EXHIBIT C**

## ARTICLE 4 – EXECUTIVE BRANCH

Sec. 4-101 MAYOR.

The Mayor is the Chief Executive Officer of the City of Flint and shall have such powers and duties as are granted by State law and this Charter.

Sec. 4-102 TERM OF OFFICE.

Commencing with the election in 2022 as provided in §9-102, which governs Mayoral terms until 2022, the Mayor shall serve for a period of four (4) years commencing at 12 o'clock noon on Monday following the regular certification of the gubernatorial general election and shall serve in that office until the next general gubernatorial election and until a successor is elected and qualified.

Sec. 4-103 OBLIGATION OF LEADERSHIP.

The Mayor shall take care that the laws be enforced and shall recommend to the City Council from time to time proposals for dealing with the problems of the City of Flint. At least once a year, the Mayor shall present at the State of the City Address to the City Council and to the public-at-large.

Sec. 4-201 CITY ADMINISTRATOR.

The City Administrator shall be appointed by the Mayor with the approval by City Council in accordance to § 1-501 and shall serve at the will of the Mayor.

Sec. 4-202 EXECUTIVE STAFF.

The Mayor shall, in accordance with law appoint five (5) executive staff, including the City Administrator appointed in accordance with § 1-501, who shall serve at the will of the Mayor.

Sec. 4-203 EXECUTIVE DEPARTMENTS.

A. The City shall create the following executive departments:

   1. The Law Department, which shall be headed by the City Attorney.

   2. The Department of Human Resources, which shall be headed by the Human Resources Director.

   3. The Department of Finance, which shall be headed by the Chief Financial Officer.

B. The City of Flint shall, in accordance with law, create other such executive departments as may be necessary to administer the responsibilities of the city for public safety, public works, public health, utilities, parks and recreation, transportation, community development, blight elimination, planning, environmental protection and others as necessary.

C. The City of Flint may, in accordance with law, on recommendation of the Mayor, create and reorganize departments as may be necessary to meet the needs of the citizens for public services and facilities.

D. The head of each department shall be appointed by the Mayor in the manner required by this charter and shall serve at the will of the Mayor unless otherwise indicated in this Charter.

E. There shall be no more than eight (8) executive departments.

F. Department directors shall be responsible for the administration and management of their department in accordance with this Charter, the City of Flint ordinances, resolutions and/or policies; the laws of the State of Michigan and the United States as applicable. The department administration may include the development and or management of goals, objectives, and operational policies; of the budget preparation, management and expenditure authorization; of the department employee assignments, supervision and discipline; and for the reporting on the department's activities, functions and accomplishments to the Mayor, City Council and the citizens of the City of Flint.

Sec 4-301 FINANCE DEPARTMENT

A. The Finance Department shall establish a system of financial management and administration that meets the social, economic and program needs of the people of the city.

B. The Finance Department will provide property assessment, income tax assessment, tax collection, budgeting, treasury, information technology, accounting, accounts payable, payroll, purchasing, grant reporting, and risk management services. The Finance Department prepares the strategic comprehensive annual financial report and the City of Flint's budget. The Mayor may assign additional financial and administrative functions to the finance department as may be necessary.

C. City Treasurer and City Assessor

   1. The City Treasurer and the City Assessor are a function of the Finance Department.

   2. The Mayor shall appoint a City Treasurer and a City Assessor with the