# **EXHIBIT D**

## § 19-21  SUPERVISED BY FIRE CHIEF.

The Chief of the Fire Department shall have the direct and immediate control and management of the Fire Department of the City of Flint and of the property and apparatus belonging thereto.

(Ord. 11, passed 5-13-1902)