# **EXHIBIT E**

## ARTICLE 4 – EXECUTIVE BRANCH

Sec. 4-101  MAYOR.

The Mayor is the Chief Executive Officer of the City of Flint and shall have such powers and duties as are granted by State law and this Charter.

Sec. 4-102  TERM OF OFFICE.

Commencing with the election in 2022 as provided in §9-102, which governs Mayoral terms until 2022, the Mayor shall serve for a period of four (4) years commencing at 12 o'clock noon on Monday following the regular certification of the gubernatorial general election and shall serve in that office until the next general gubernatorial election and until a successor is elected and qualified.

Sec. 4-103  OBLIGATION OF LEADERSHIP.

The Mayor shall take care that the laws be enforced and shall recommend to the City Council from time to time proposals for dealing with the problems of the City of Flint. At least once a year, the Mayor shall present at the State of the City Address to the City Council and to the public-at-large.

Sec. 4-201  CITY ADMINISTRATOR.

The City Administrator shall be appointed by the Mayor with the approval by City Council in accordance to § 1-501 and shall serve at the will of the Mayor.

Sec. 4-202  EXECUTIVE STAFF.

The Mayor shall, in accordance with law appoint five (5) executive staff, including the City Administrator appointed in accordance with § 1-501, who shall serve at the will of the Mayor.

Sec. 4-203  EXECUTIVE DEPARTMENTS.

A. The City shall create the following executive departments:

   1. The Law Department, which shall be headed by the City Attorney.

   2. The Department of Human Resources, which shall be headed by the Human Resources Director.

   3. The Department of Finance, which shall be headed by the Chief Financial Officer.