UNITED STATES DISTRICT COURT
EASTERN DISTRICTOF MICHIGAN
SOUTHERN DIVISION

## INDEX OF EXHIBITS

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | *Tompos v. City of Taylor,* 644 Fed. Appx. 678 (6th Cir. 2016)(unpublished) |