UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RAYMOND C. BARTON

                   Plaintiff(s),                         Case No.  23-cv-10051

v.                                                Nancy G. Edmunds

SHELDON NEELEY                             Kimberly G. Altman

                   Defendant(s).

_____/

## NOTICE OF APPEAL

Notice is hereby given that  Defendant Sheldon Neeley                                                                      appeals to

the United States Court of Appeals for the Sixth Circuit from the:     ☐ Judgment   ☑ Order

☐  Other:  ECF 15 - Opinion and Order Denying Defendants' Motion to Dismiss based on Qualified Immunity

entered in this action on  November 20, 2023                    .

Date:  December 15, 2023                 /s Chelsea S. Down

Counsel is:  RETAINED

                                            The Williams Firm, P.C.
                                            8263 South Saginaw Street, Suite 6
                                            Grand Blanc, Michigan 48439
                                            Phone: (810) 695-7777
                                            E-mail: cdown@thewilliamsfirm.com
                                            Michigan Bar Number: P-77288

Appellant:  Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make your $605.00 check payable to:  Clerk, U.S. District Court.