UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Raymond C. Barton,

          Plaintiff(s),

v.                                  Case No. 2:23-cv-10051-NGE-KGA
                                          Hon. Nancy G. Edmunds

Sheldon Neeley, et al.,

          Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Nancy G. Edmunds as follows:

- SCHEDULING CONFERENCE: January 16, 2024 at 09:00 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:** *JOINT DISCOVERY PLAN TO BE FILED BY JANUARY 8, 2024.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/L. Bartlett
                                                    Case Manager

Dated: December 18, 2023