UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Raymond C. Barton,

          Plaintiff(s),

v.                                              Case No. 2:23-cv-10051-NGE-KGA
                                            Hon. Nancy G. Edmunds

Sheldon Neeley, et al.,

          Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202-3988

and all interested parties, by electronic means or first class U.S. mail, on December 21, 2023.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ L. Granger
     Deputy Clerk

Dated:   December 21, 2023